PAUL B. BRICKFIELD *†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE *
jdonahue@brickdonlaw.com

———————
of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

* CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



**BRICKFIELD & DONAHUE**
A T T O R N E Y S
70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

March 24, 2011

**VIA ECF Filing Only**
Hon. Susan D. Wigenton, U.S.D.J.
U.S. District Court, District of New Jersey
M.L. King, Jr. Federal Bldg. & Cthse.
50 Walnut Street
Newark, New Jersey 07102

> Re:   **United States v. James Holmes, et al.**
>        **Crim. No. 09-265**

Dear Judge Wigenton:

I represent James Holmes. As the Court is aware, Mr. Holmes is scheduled to be sentenced on April 13, 2011. An issue has arisen regarding my client's status as a career offender. In order to properly address this issue the defense requires a copy of Mr. Holmes' parole records. The defense therefore respectfully requests that the Court order both United States Probation and the United States Parole Commission to release any and all documents related to Mr. Holmes' parole history.

I have conferred with AUSA Herman regarding this issue and Ms. Herman has no objection to the release of these records.

Respectfully submitted,

/s/ *Joseph R. Donahue*

Joseph R. Donahue

cc:   James Holmes (via reg. mail only)
       All counsel of record (via ECF filing only)

So Ordered
this 29th day of March 2011

Susan D. Wigenton, U.S.D.J.